**No. 58301.**—Wessel Duval & Co., Inc. *v.* United States, petition 7099–R (New York).

Opinion by EKWALL, J. The vice president of the broker who made the entry testified that the importation consisted of 15 bales of goatskins and that, after verification with the examiner as to values, a split entry was made, 5 bales being entered for consumption and the 10 bales in question being entered for warehouse. The customs examiner testified that the 5 bales, not here involved, were appraised as entered, less consular fees and ocean freight, but that no allowance was made for the consular fees and ocean freight on the entry of the 10 bales herein. He admitted that this was an error, that there was no intended advance in value, and that both entries covered by the importation were intended to be appraised at the same values. Upon the record presented, it was held that there was no intent to defraud the Government or to deceive its officials. The petition was therefore granted.

**No. 58302.**—Aero Sea Shipping Corporation *v.* United States, protests 223608–K and 224277–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in these cases, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protests were therefore overruled.

**No. 58303.**—D. D'Angiola, Inc. *v.* United States, protests 224231–K and 224232–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in these cases, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protests were therefore overruled.